UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jarvis Jermaine Bennett**　　　　　　　　　　　　　　　Docket No. 5:21-CR-175-1M

**Petition for Action on Supervised Release**

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jarvis Jermaine Bennett, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on February 24, 2022, to the custody of the Bureau of Prisons for a term of 40 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jarvis Jermaine Bennett was released from custody on March 29, 2024, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant reported he is interested in completing the Moral Reconation Therapy group that would reduce his chances to recidivate. Moral Reconation Therapy is a cognitive-behavioral treatment program that leads to enhanced moral reasoning, better decision making, and more appropriate behavior. As a result, the probation office is recommending that a Cognitive Behavioral Therapy condition be added.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Mark Culp　　　　　　　　　　　　　　/s/ Cierra M. Wallace
Mark Culp　　　　　　　　　　　　　　　Cierra M. Wallace
Supervising U.S. Probation Officer　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　310 New Bern Avenue, Room 610
　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　　Phone: 910-679-2034
　　　　　　　　　　　　　　　　　　　　Executed On: April 1, 2025

Jarvis Jermaine Bennett
Docket No. 5:21-CR-175-1M
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 2 day of April, 2025, and ordered filed and made a part of the records in the above case.

*Richard E Myers II*
Richard E. Myers II
Chief United States District Judge